410-484-2142                                                                                                              FAX (410) 510-1902

# LARRY STRAUSS, CPA, MST, CIRA
### 2310 SMITH AVENUE
### BALTIMORE, MARYLAND  21209

*Macfarlane Bankruptcy Estate*
*c/o Roger Schlossberg, Trustee*
*18421 Henson Blvd., Suite 201*                                   Invoice number 103
*Hagerstown, MD 21742*                                              Date 6/8/2014

_____

| For Professional Services: | | Hours | Rate | |
|---|---|---|---|---|
| 3/6/2014 | tried calling land registry to verify basis of land | Shoob | 0.10 | $ 180.00 | 18.00 |
| 3/11/2014 | REF form prep, and letter to MPCA | Shoob | 2.00 | $ 180.00 | 360.00 |
| 6/2/2014 | 2003 tax return prep | Shoob | 0.50 | $ 180.00 | 90.00 |
| 6/2/2014 | Determine tax basis | Strauss | 1.00 | $ 330.00 | 330.00 |
| 6/9/2014 | 2003 tax return prep, installed 2003 updates | Shoob | 2.60 | $ 180.00 | 468.00 |
| 6/10/2014 | processed 2003 bankruptcy return | Shoob | 1.30 | $ 180.00 | 234.00 |
| 6/10/2014 | finalize tax returns | Strauss | 1.30 | $ 330.00 | 429.00 |
| 4/30/2014 | contacted MPAC and faxed, and emailed RAF | Shoob | 1.00 | $ 180.00 | 180.00 |
| 4/30/2014 | Basis calculaiton issue | Strauss | 0.80 | $ 330.00 | 264.00 |
| 5/15/2014 | found contact information for property owner | Shoob | 0.70 | $ 180.00 | 126.00 |
| 3/5/2014 | Meet at Trustee office to review accounting | Strauss | 1.80 | $ 330.00 | 594.00 |
| 3/7/2014 | tried calling land registry to verify basis of land | Shoob | 0.50 | $ 180.00 | 90.00 |
| 3/7/2014 | contacting Canadian authroities for basis calc | Strauss | 1.00 | $ 330.00 | 330.00 |
| 5/14/2014 | email to barb | Shoob | 0.20 | $ 180.00 | 36.00 |
| 5/19/2014 | letter to current owner | Shoob | 0.10 | $ 180.00 | 18.00 |
| 5/19/2014 | prepared letter to Mary | Shoob | 1.20 | $ 180.00 | 216.00 |
| | Payroll return preparation and W-2s etc | Emmer | 5.70 | $ 230.00 | 1311.00 |
| | Review returns and finalize and deal with any IRS issues | Strauss | 3.50 | $ 340.00 | 1190.00 |
| | | **Billing due** | **25.30** | | **6,284.00** |

**Processing fee $85 per return**                                                                                             85.00

**Professional courtesy**

**Amount due**                                                                                                             6,369.00


**Biller**                                              **Hourly Rate**

|  |  | **Hours** | **Amount** |
|---|---|---|---|
|  |  | Hours |  |
| Larry Strauss | $ 330.00 | 5.90 | $ 1,947.00 |
| Larry Strauss | $ 340.00 | 3.50 | $ 1,190.00 |
| Raphael Cohen | $ 190.00 | 0.00 | $     - |
| Gayle Emmer | $ 230.00 | 5.70 | $ 1,311.00 |
| Miryam Shoob | $ 180.00 | 10.20 | $ 1,836.00 |
| Orly Silver | $ 230.00 | 0.00 | $     - |
| Joseph Wiener | $ 115.00 | 0.00 | $     - |
|  |  |  | $ 6,284.00 |
|  | Total hours | 25.30 |  |
|  | Blended rate |  | $ 248.38 |